AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 111(a)(1) - Resisting an Officer
21 U.S.C. § 844(a) - Possession of a Controlled Substance

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ KRISTEN NEWHOUSE

DISTRICT COURT NUMBER

FILED
MAY 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PENALTY:**
Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release of 1 year
Mandatory special assessment fee of $25

E-filing

CR 07   0330   MAG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ 4/16/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6                                              E-filing
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA                    MAG
10                        SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,    )  CR No. 07    0330
                                  )
13 |       Plaintiff,              )  VIOLATIONS: Title 18 U.S.C. § 111(a)(1) -
                                  )  Resisting an Officer (Class A
14 |                               )  Misdemeanor); Title 21 U.S.C. § 844(a) -
         v.                        )  Possession of a Controlled Substance (Class
15 |                               )  A Misdemeanor)
                                  )
16                                )
   KRISTEN NEWHOUSE,              )  SAN FRANCISCO VENUE
17                                )
         Defendant.                )
18                                )
                                  )
19
20
21                              INFORMATION
22  The United States Attorney charges:
23  COUNT ONE: 18 U.S.C. § 111(a)(1) - Resisting an Officer
24        On or about April 16, 2007, in the Northern District of California, within the boundaries
25  of an area within the purview of the Presidio Trust, the defendant,
26                              KRISTEN NEWHOUSE,
27  did resist, oppose, impede, and interfere with an officer of the National Park Service, Department
28  of the Interior, while she was engaged in and on account of the performance of her official duties,

INFORMATION

1  in violation of Title 18, United States Code, Section 111(a)(1), a Class A Misdemeanor.

2  COUNT TWO: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

3  On or about April 16, 2007, in the Northern District of California, within the boundaries

4  of an area within the purview of the Presidio Trust, the defendant,

5  KRISTEN NEWHOUSE,

6  did knowingly and intentionally possess a controlled substance, to wit: Marijuana, in violation of

7  Title 21, United States Code, Section 844(a), a Class A misdemeanor.

DATED: May 25, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: 
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                    -2-