SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTEN NEWHOUSE,<br><br>　　　　Defendant. | Criminal No. CR 07-0330 MAG<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 29, 2007 TO JUNE 6, 2007** |

　　　　The parties appeared before the Honorable Nandor J. Vadas on May 29, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

　　　　1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 29, 2007 to June 6, 2007, in light of the need for the defendant's counsel to obtain and review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0330 MAG**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 29, 2007, to June 6, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 29, 2007 to June 6, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/4/07                                   /s/
                                                GEOFFREY HANSEN
                                                Counsel for Kristen Newhouse

DATED: 5/30/07                                  /s/
                                                WENDY THOMAS
                                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____
                                                THE HON. NANDOR J. VADAS
                                                United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0330 MAG**                2