SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTEN NEWHOUSE,<br><br>    Defendant. | Criminal No. CR 07-0330 MAG<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 6, 2007 TO JUNE 26, 2007** |

      The parties appeared before the Honorable Elizabeth D. Laporte on June 6, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 6, 2007 to June 26, 2007, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0330 MAG**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 6, 2007, to June 26, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 6, 2007 to June 26, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/9/07                                          /s/
                                                      GEOFFREY HANSEN
                                                      Counsel for Kristen Newhouse


DATED: 6/8/07                                          /s/
                                                      WENDY THOMAS
                                                      Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:_____                                 _____
                                                      THE HON. ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07-0330 MAG**                2