1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234
      Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

OCT 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,     )   No. CR 07-0330 MAG
                                  )
14          Plaintiff,             )
                                  )
15     v.                          )   **MOTION AND [PROPOSED] ORDER**
                                  )   **TO DISMISS INFORMATION**
16  KRISTEN NEWHOUSE,              )
                                  )
17          Defendant.             )
18  _____)

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California moves to dismiss the above

21  Information with prejudice. The government has been informed by United States Probation

22  //
23  //
24  //
25  //
26  //
27  //
28  //

DISMISSAL OF INFORMATION
CR 07-0330 MAG

Officer Jennifer James that the defendant has successfully completed her prejudgment probation pursuant to Title 18 of the United States Code, Section 3607.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: __10/29/08__

_____/s/_____
WENDY THOMAS
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: 10/29/08

ELIZABETH D. LAPORTE
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 07-0330 MAG